UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY T. GORMAN | |
| | CIVIL ACTION |
| VERSUS | |
| | NO.  20-108-JWD-EWD |
| JANET B. LABARRE, ET AL | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 17, 2023 (Doc. 18), to which an objection was filed and considered, (Doc. 19);

**IT IS ORDERED** that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody, filed by Petitioner Gary T. Gorman,[1] is **DENIED** and that this proceeding shall be **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability shall be denied if Petitioner seeks to pursue an appeal in this case**.**

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 27, 2023.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Doc. 1.